UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JAMISON STIRILING, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:11CV01932 AGF |
| | ) | |
| ST. LOUIS COUNTY POLICE DEPT., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

**IT IS HEREBY ORDERED** that pro se Plaintiff Jamison Stirling's request (Doc. No. 53) for issuance of a subpoena to Captain Doyle of the St. Louis County Police Department is **DENIED**. The evidence sought by Plaintiff is not relevant to the subject matter of this law suit. *See Stockdale v. Stockdale*, No. 4:08-CV-1773 CAS, 2009 WL 4030758, at *1 (E.D. Mo. Nov. 18, 2009) ("Courts exercising inherent supervisory power over in forma pauperis subpoenas generally consider factors such as the relevance and materiality of the information requested and the necessity of the particular testimony or documents to proving the indigent's case.")

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 25th day of October, 2012.