UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMISON STIRLING, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:11CV01932 AGF |
| | ) |
| ST. LOUIS COUNTY POLICE DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

# **MEMORANDUM AND ORDER**

In their original complaint, Plaintiffs named two Unknown Officer defendants. (Doc. No. 1.) Those defendants were dismissed without prejudice due to Plaintiffs' failure to serve them or to provide the Court with information to enable the Court to effect service. (Doc. No. 27.)

On October 12, 2012, Plaintiffs Stirling and Thomas Knibb filed a motion to amend their complaint, primarily to identify parties previously unknown who participated in the November 4, 2011 incident that gave rise to this action. (Doc. No. 50.) Plaintiffs state that Defendants delayed in responding to their discovery requests until September 28, 2012, such that they were unable to meet the September 28, 2012 deadline set in the Case Management Order for joinder of additional parties or amendment of pleadings. (*See* Doc. No. 44.) Included with the information received by Plaintiffs on September 28, 2012, was Defendants' Rule 26(a)(1) Disclosures to Plaintiff that listed individuals who

may have discoverable evidence, which is dated September 26, 2012. (*See* Doc. No. 110 at 22-29.)

In their response, Defendants state that on April 27, 2012, in response to Plaintiffs' document production request, Defendants provided a Field Inspection Report dated November 4, 2011, to Plaintiffs. (Doc. No. 54; *see* Doc. No. 50-1.) Defendants do not attach a copy of that report with their response. That report could resolve the issue of whether Plaintiffs were provided with the requisite information, prior to September 28, 2012, regarding the identity of the other individuals involved in the November 4, 2011 incident.

According,

**IT IS HEREBY ORDERED** that on or before **Monday, April 15, 2013**, Defendants shall file with the Court a copy of the Field Inspection Report dated November 4, 2011, that was provided to Plaintiffs on April 27, 2012, as part of Defendants' Response to Plaintiff's Request for Production of Documents. Failure to comply may lead to the imposition of sanctions. *See* Fed. R. Civ. P. 11(c).

Dated this 11th day of April, 2013.

                                          /s/ Audrey G. Fleissig
                                          AUDREY G. FLEISSIG
                                          UNITED STATES DISTRICT JUDGE