UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMISON STIRILING, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | |
| vs. ) | Case No.    4:11CV01932 AGF |
| ) | |
| ) | |
| ST. LOUIS COUNTY POLICE ) | |
| DEPARTMENT, et al., ) | |
| ) | |
| Defendants, | |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of the file.  In light of the Court's Order of April 30, 2013, granting Plaintiff Stirling leave to file an amended complaint that adds party Defendants as well as new factual allegations to this action,  the Case Management Order ("CMO"), including the trial date, will need to be amended.  In addition, the stay entered by the Court on October 25, 2012,  upon Defendant's request, with respect to depositions set by Plaintiff can now be lifted.

Accordingly,

**IT IS HEREBY ORDERED** that the trial date of July 22, 2013, is **VACATED**, with a  new trial date and amended CMO to be entered after the new Defendants have responded to the amended complaint.

**IT IS FURTHER ORDERED** that the discovery stay entered on October 25, 2012 (Doc. No. 65), is lifted.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (Doc. No. 129) filed while the discovery stay was in effect, is **DENIED without prejudice** to refiling by Defendants at a later date, consistent with the new CMO to be entered in this case.

**IT IS FURTHER ORDERED** that Plaintiff Stiriling's motion to defer consideration of Defendants' motion for summary judgment is **DENIED** as moot. (Doc. No. 137.)

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 8th day of May, 2013.