UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMISON STIRILING, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No.   4:11CV01932 AGF |
| ) | |
| ST. LOUIS COUNTY POLICE ) | |
| DEPARTMENT, et al., ) | |
| Defendants, | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants' motion (Doc. No. 215) for reconsideration of the Court's Memorandum and Order (Doc. No. 212) dated June 3, 2013, denying Defendants' May 16, 2013 motion (Doc. No. 191) for sanctions in the form of dismissal of the amended complaint with prejudice, for Plaintiffs' alleged failure to submit answers to interrogatories.  In its Memorandum and Order, the Court noted that Plaintiffs had responded to the motion for sanctions, that they had mailed their answers on May 14, 2012, and Defendants did not reply refuting this statement. Defendants' now ask the Court to consider the motion to dismiss (Doc. No. 195) that they had filed on May 21, 2013, as their reply to Plaintiffs' above-noted response.

Defendants' motion to dismiss filed on May 21, 2013 challenges the sufficiency of Plaintiffs' interrogatory answers that were received on May 16, 2013.  It remains pending as an independent motion.  It would be nonsensical to consider it at this time as a reply addressing the motion for sanctions for failing to submit answers altogether.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' motion for reconsideration is **DENIED**. (Doc. No. 215.)

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 20th day of June, 2013.