UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMISON STIRILING, et al., )<br>  Plaintiffs, )<br> )<br> )<br>  vs. )<br> )<br> )<br>ST. LOUIS COUNTY POLICE )<br>DEPARTMENT, et al., )<br>  Defendants, ) | Case No.   4:11CV01932 AGF |

## MEMORANDUM AND ORDER

This matter is before the Court on several pre-trial motions filed by Plaintiff Jamison Stiriling, including his motion for sanctions for Defendants' failure to provide Plaintiff with a certain report from the National Criminal Investigation Service ("NCIS") purportedly detailing alias names used by Plaintiffs. Defendants respond that they will go through their records again to make sure that all NCIS reports of Stiriling that are in Defendants' counsel's possession have been provided to Stiriling. In another motion, Stiriling seeks sanctions against Defendants for their failure to produce all photographs taken at two locations on a certain day. Defendants responded on June 7, 2013, that they are in the process of obtaining the photographs and will produce them to Stiriling as soon as they can.

Accordingly,

**IT IS HEREBY ORDERED** that on or before June 26, 2013, Defendants shall file with the Court a status report on the production of the NCIS reports and photographs referenced above.

**IT IS FURTHER ORDERED** that Plaintiff Stiriling's motion for sanctions with regard to discovery of NCIS reports is **DENIED**.  (Doc. No. 205.)

**IT IS FURTHER ORDERED** that Plaintiff Stiriling's motion to compel Defendants to produce the names of persons who printed NCIS reports related to Stiriling and provided the

reports to the County Counselor's Office is **DENIED**, as such information is not relevant to the issues in the present case.  (Doc. No. 207.)

  **IT IS FURTHER ORDERED** that Plaintiff Stiriling's motion for sanctions with regard to certain photographs is **DENIED**.  (Doc. No. 217.)

  **IT IS FURTHER ORDERED** that Plaintiff Stiriling's motion to refer a certain law enforcement Defendant to the Department of Justice for an investigation of whether he committed perjury in this case is **DENIED**.  (Doc. No. 225.)

                _____
                AUDREY G. FLEISSIG
                UNITED STATES DISTRICT JUDGE

Dated this 20th day of June, 2013.