UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES STIRILING, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:11CV01932 AGF |
| ST. LOUIS COUNTY POLICE DEPARTMENT, et al., | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

**IT IS HEREBY ORDERED** that Plaintiff Jamison Stiriling's motion (Doc. No. 407) for monetary sanctions against Defendants for their alleged failure to comply with their continuing duty to disclose copies of certain cell phone records is **DENIED**, as the Court has yet to rule on Plaintiff Stiriling's motion to compel asserting his right to the records in question.

**IT IS FURTHER ORDERED** that Plaintiff Stiriling's motion (Doc. No. 427) for an order of protection barring Defendants' use of certain evidence at trial and for sanctions is **DENIED** as it is based on unsubstantiated information that has been denied by counsel for Defendants.

Plaintiff Stiriling is cautioned that the Court may impose monetary sanctions against him in the form of Defendants' costs in responding to baseless motions he may file in the future.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 5th day of November, 2014.